**UNIVERSAL CREDIT SERVICES**
PO Box 158
Hartland MI 48353-0158

**ACCOUNT SUMMARY**
Current Creditor: ▮▮▮▮▮
Client Ref #: ▮▮▮▮▮
Amount: ▮▮▮▮▮

Date: May 24, 2021

page: 1 of 1

Dear BRANDON THOMPSON:

We urge you to pay this account. Unless we receive your payment, we will proceed with further collection activity. Please make payment in full or contact our office to discuss payment options.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This letter has been sent by a debt collector.

Sincerely,
UNIVERSAL CREDIT SERVICES, INC
800-931-3711

If you would like to make a payment online, please visit our website www.ucscollections.com. your account # is ▮▮▮▮▮

Scan Me

*** Please detach the lower portion and return with your payment ***

PO BOX 702070
PLYMOUTH MI 48170-0975
ELECTRONIC SERVICE REQUESTED

May 24, 2021

BRANDON THOMPSON
▮▮▮▮▮
COOPER CITY FL 33330-3237

PLEASE CIRCLE THE CREDIT CARD YOU WISH TO USE
MasterCard   VISA   DISCOVER

| CARD NUMBER | EXP. DATE |
| --- | --- |
| CARD HOLDER NAME | CVV |
| SIGNATURE | AMOUNT PAID |

Account #: ▮▮▮▮▮

**MAKE CHECKS PAYABLE AND REMIT TO:**

UNIVERSAL CREDIT SERVICES, INC
PO BOX 158
HARTLAND MI 48353-0158