## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| Brandon Thompson, on behalf of himself and others similarly situated, | : : : | Civil Action No.: 0:21-cv-61336-AHS |
| Plaintiff, | : : | |
| v. | : : | |
| Universal Credit Services, Inc., | : : | |
| Defendant. | : : : | |

## JOINT NOTICE OF SETTLEMENT

Brandon Thompson ("Plaintiff") and Universal Credit Services, Inc. ("Defendant") notify the Court that they have reached an agreement in principle to settle this matter on an individual basis. The parties respectfully request that the Court allow them thirty (30) days within which to memorialize the terms of their settlement and to file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 29th day of November, 2021

| | |
|---|---|
| */s/James L. Davidson*<br>James L. Davidson<br>Florida Bar No. 723371<br>Jesse S. Johnson<br>Florida Bar No. 69154<br>Greenwald Davidson Radbil PLLC<br>7601 N. Federal Highway, Suite A-230<br>Boca Raton, FL 33487<br>Tel: (561) 826-5477<br>jdavidson@gdrlawfirm.com<br>jjohnson@gdrlawfirm.com<br><br>Matisyahu H. Abarbanel<br>Florida Bar No. 130435<br>Matthew Bavaro | */s/ Barbara Fernandez*<br>Barbara Fernandez<br>Florida Bar No. 0493767<br>bfernandez@hinshawlaw.com<br>Peter A. Hernandez<br>Florida Bar No. 64309<br>pahernandez@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>2525 Ponce de Leon Blvd. Fourth Floor<br>Coral Gables, FL 33134<br>Telephone: 305-358-7747<br>Facsimile: 305-577-1063<br>Secondary: dconnolly@hinshawlaw.com<br><br>Attorneys for Defendant |

Florida Bar No. 175821
Loan Lawyers
3201 Griffin Road, Suite 100
Ft. Lauderdale, FL 33312
Tel: (954) 523-4357
Matis@Fight13.com
Matthew@Fight13.com

Counsel for Plaintiff