UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61336-CIV-SINGHAL/Valle

BRANDON THOMPSON, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

UNIVERSAL CREDIT SERVICES, INC.,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Joint Notice of Settlement (DE [30]). The Court having carefully reviewed the file, and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3.  The Clerk of Court shall **CLOSE** this case for administrative purposes only.

4.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of December 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF