UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61336-CIV-SINGHAL/Valle

BRANDON THOMPSON, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

UNIVERSAL CREDIT SERVICES, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal (DE [32]). The Court having reviewed the stipulation and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE as to Plaintiff Brandon Thompson and WITHOUT PREJUDICE as to any putative class members**. Each party shall bear its own fees and costs. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of January 2022.

*[signature]*

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF